SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER

212-455-2846

E-MAIL ADDRESS

mforshaw@stblaw.com

BY FEDERAL EXPRESS

March 1, 2004

Re: Travelers Casualty and Surety Co. v. ACandS, Inc.
Civil Action No. 3:01cv239 (GLG)

Honorable Gerard L. Goettel
United States District Judge
United States District Court
14 Cottage Place
Waterbury, CT 06702

Dear Judge Goettel:

We represent plaintiff Travelers Casualty and Surety Company ("Travelers") in the above-referenced matter. I write regarding the status of this case.

On September 16, 2002, defendant ACandS, Inc. filed a petition for bankruptcy in the United States District Court for the District of Delaware. As a result of the petition, this case is subject to the automatic bankruptcy stay of 11 U.S.C. § 362. Confirmation of ACandS's initial plan of reorganization was denied on January 26, 2004. ACandS, and other parties have objected to and appealed the ruling. We do not know if and when a new plan of reorganization will be proposed or whether it will address the claims pending in this case. Accordingly, we respectfully request that this case continue to remain on the Court's suspense docket. We will provide another status report in six months.

LONDON         HONG KONG         TOKYO         LOS ANGELES         PALO ALTO

SIMPSON THACHER & BARTLETT LLP

Honorable Gerard L. Goettel          -2-          March 1, 2004

      Thank you for your consideration. Please let me know if the Court requires additional information.

      Respectfully,

      Mary Beth Forshaw

cc:     Clerk of the Court
        All Counsel (by facsimile)