**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
```
------------------------------------X
TRAVELERS CASUALTY & SURETY CO.,    :
                                    :
        Plaintiff,                  :         ORDER
                                    :
     -against-                      :
                                    :    3: 01 CV 239 (GLG)
AcandS, INC.,                       :
                                    :
        Defendant.                  :
------------------------------------X
```

Plaintiff's request that this case continue to remain stayed [Doc. #46] is **granted**. A status report in this case is due September 1, 2004.

      **SO ORDERED.**

**Dated:    March 12, 2004**
**          Waterbury, CT**                         /s/
                                            Gerard L. Goettel
                                                U.S.D.J.