UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>    Plaintiff,<br><br>        v.<br><br>ACandS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Case No. 3:01CV239 (WWE)<br>)<br>)<br>) JUNE 7, 2004<br>) |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Rules of Civil Procedure, the undersigned attorney hereby moves to withdraw his Appearance for the defendant, ACandS, Inc. ("ACandS"). Attorney Francis J. Brady has appeared on behalf of ACandS in lieu of the undersigned.

DEFENDANT
ACANDS, INC.

By  /s/ John C. Yavis, Jr.
    John C. Yavis, Jr. - ct04203

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Its Attorneys
jyavis@murthalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Withdrawal of Appearance was mailed first-class, postage prepaid, on this 7th day of June, 2004 to:

Thomas J. Groark, Jr., Esq.
Day, Berry & Howard LLP
CityPlace I-185 Asylum Street
Hartford, CT  06103-3499

      /s/ John C. Yavis, Jr.
John C. Yavis, Jr.