49

FILED

2004 JUN -8 P 1:43

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:01CV239 (WWE) |
| ACandS, INC., ) | |
| Defendant. ) | JUNE 7, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Rules of Civil Procedure, the undersigned attorney hereby moves to withdraw his Appearance for the defendant, ACandS, Inc. ("ACandS"). Attorney Francis J. Brady has appeared on behalf of ACandS in lieu of the undersigned.

DEFENDANT
ACANDS, INC.

By _____
John C. Yavis, Jr. (ct04203)

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Its Attorneys
jyavis@murthalaw.com

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
6/9/04

FILED
2004 JUN -9 P 3:44
U.S. DISTRICT COURT
BRIDGEPORT, CONN