UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | NO. 3:01 CV239 (WWE) |
| v. | : | |
| ACANDS, INC., | : | |
| Defendant. | : | JUNE 18, 2004 |

## WITHDRAWAL OF APPEARANCE

As the undersigned is joining a new firm, he hereby withdraws his appearance in the above-captioned matter.

/s/ Seth M. Wilson
Seth M. Wilson - ct22171

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Email: swilson@murthlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Withdrawal of Appearance was mailed first class, postage prepaid, on this the 18th day of June, 2004 to:

>Thomas J. Groark, Jr., Esq.
>Kathleen D. Monnes, Esq.
>Day, Berry & Howard LLP
>CityPlace I-185 Asylum Street
>Hartford, Connecticut  06103-3499
>
>Barry Ostrager, Esq.
>Mary Beth Forshaw, Esq.
>Joseph Noga, Esq.
>Rachel Sullivan, Esq.
>Simpson Thatcher & Bartlett
>425 Lexington Avenue
>New York, New York  10017-3954

/s/ Seth M. Wilson
Seth M. Wilson