51

FILED

2004 JUN 24 P 12: 41

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY, | : | |
| | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | NO. 3:01 CV239 (GLG) WWE |
| v. | : | |
| | : | |
| ACANDS, INC., | : | |
| | : | |
| Defendant. | : | JUNE 18, 2004 |

### WITHDRAWAL OF APPEARANCE

As the undersigned is joining a new firm, he hereby withdraws his appearance in the above-captioned matter.

_____
Seth M. Wilson - ct22171

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Email: swilson@murthlaw.com

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge 6/30/04

FILED
2004 JUN 30 P 4: 04
U.S. DISTRICT COURT
BRIDGEPORT, CONN