UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRAVELERS CASUALTY & SURETY CO., : <br> : <br> Plaintiff, : <br> : <br> V. : <br> : <br> : <br> AC&S, INC. : <br> : <br> Defendant. : | 3:01-cv-239 (WWE) |

### ORDER OF DISMISSAL

Due to the filing of bankruptcy proceedings in the United States Bankruptcy Court by the defendant, this case is stayed. In consideration of this action's current status, and consistent with court policies regarding statistical closing of cases stayed pending bankruptcy, this case is hereby DISMISSED without prejudice to its pursuit in the United States Bankruptcy Court and without prejudice to the re-opening of this case upon motion.

The parties are notified herein that all pending motions are hereby denied, without prejudice to their renewal if this case is re-opened upon motion. If, for example, the bankruptcy proceedings conclude or the automatic stay is lifted, this case may be re-opened upon motion and any motions that have been denied without prejudice may be renewed before this Court by filing a notice that they are again ripe for decision. If this case is re-opened upon motion and such a notice is filed, the parties shall also notify Chambers in writing for the purpose of scheduling a status conference.

Dated this 14th day of March, 2007 at Bridgeport, Connecticut.

_____/s/_____
Warren W. Eginton
Senior United States District Judge