UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY | : | CIVIL ACTION NO. |
| | : | 3:01-CV-239 (WWE) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ACANDS, INC. | : | |
| | : | |
| Defendant. | : | MARCH 15, 2001 |

WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance, and terminate the admission *pro hac vice*, of Glenn Schlactus, formerly of Gilbert Heintz & Randolph LLP (now Gilbert Randolph LLP), as counsel for the Defendant ACandS, Inc. in the above-referenced action. Attorney Schlactus is no longer with the Gilbert Randolph LLP firm and, therefore, has no further responsibility or authority for Defendant ACandS, Inc. in this case.

DEFENDANT - ACANDS, INC.

By    /s/ Francis J. Brady
   Francis J. Brady – ct04296

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Email: fbrady@murthlaw.com
Its Attorneys

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Withdrawal of Appearance was served by United States Mail, First Class, Postage Prepaid, on this the 15th day of March, 2007 to:

Thomas J. Groark, Jr., Esq.
Kathleen D. Monnes, Esq.
Day, Berry & Howard LLP
CityPlace I-185 Asylum Street
Hartford, CT  06103-3499

Barry Ostrager, Esq.
Mary Beth Forshaw, Esq.
Joseph Noga, Esq.
Rachel Sullivan, Esq.
Simpson Thatcher & Bartlett
425 Lexington Avenue
New York, NY 10017-3954

                                                  /s/ Francis J. Brady
                                               Francis J. Brady